**Submitted But not Entered.**

_____

**Christopher M. Alston
U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED:** Signature page of Affidavit of David Fleming is not legible. Further, the evidence submitted does not support conclusion that the debts are nondischargeable under all four of the statutes identified. Plaintiffs will need to submit additional evidence or revise the proposed judgment.

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | Case No. 16-10191-CMA |
| CHRIS YOUNG DONG YOO, and JIEUN SONG YOO, | Chapter 7 |
| | Adv. No. 16-01100-CMA |
| Debtors, | |
| DAVID FLEMING, ESTHER FLEMING, individually and as Trustee of the EMMA T. GONZALES IRREVOCABLE TRUST DATED 3-11-2015, ELAINE BYSTROM, TAMI LOCKE, and DOROTHY CALVERT, | **DEFAULT JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| CHRIS YOUNG DONG YOO, and JIEUN SONG YOO, | |
| Defendants. | |

THIS MATTER came before the Court upon review of the Plaintiffs' Motion for Default Judgment Against Defendant Chris Young Dong Yoo. The Court having reviewed the Motion and being fully advised, hereby finds as follows:

**Submitted But not Entered.**

1. On October 11, 2016, the Court granted the Plaintiffs' Motion for Entry of Default by Clerk of the Court.

2. The Clerk of the Court sent a Certificate of Notice of this Order to the parties on or about October 13, 2016.

3. Defendant Chris Young Dong Yoo is indebted to the Plaintiffs for obtaining money by false pretenses and false representations, breaching his fiduciary obligations to the Plaintiffs, intending to deceive the Plaintiffs to constitute willful and malicious injury to the Plaintiffs' property, and violating the provisions of the Securities Act of Washington.

4. Defendant Chris Young Dong Yoo is indebted to the Plaintiffs in the following amounts:

   a) David and Esther Fleming – $1,245,373.00;

   b) Emma T. Gonzales Irrevocable Trust – $182,708.00;

   c) Elaine Bystrom – $563,722.00;

   d) Tami Locke – $150,000.00; and

   e) Dorothy Calvert –$173,082.00.

5. The Plaintiffs have incurred expenses of $354.92 in this action, consisting of a filing fee and postage expenses.

WHEREFORE, Default Judgment shall be entered in favor of the Plaintiffs and against the Defendant Chris Young Dong Yoo, in the amounts referenced above in Paragraph 4 to each respective Plaintiff, plus interest at the federal judgment rate pursuant to 11 U.S.C. § 1961(a) from the date of judgment, plus costs of $354.92, and said amounts are determined to be nondischargeable pursuant to 11 U.S.C. §§

523(a)(2); 523(a)(4); 523(a)(6); and 523(a)(19). **Submitted But not Entered.**

///End of Order///

Presented By:
 /s/ David Neuman
David Neuman
Attorney for Plaintiffs
WSBA No. 48176
Israels & Neuman
10900 NE 8th Street, Suite 1000
PMB #155
Bellevue, WA 98004
206-795-5798
dave@israelsneuman.com

Page | 3